UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen C. Hudson, Sr.,

               Plaintiff,        **ORDER**

v.                                           Civil No. 15-3034 ADM/JJK

Chase Bank LLC, Select Portfolio Services, Inc.,
Wilford, Geske & Cook, PA, and David R. Mortensen,

               Defendants.

_____

Stephen C. Hudson, Sr., *Pro Se*.

_____

Stephen C. Hudson, Sr. ("Hudson") filed a Complaint [Docket No. 1] and Application to Proceed *In Forma Pauperis* [Docket No. 2] on July 13, 2015. Hudson alleges claims against four private actors related to the sale of his home.

On July 23, 2015, Magistrate Judge Jeffrey J. Keyes recommended that this action be summarily dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), concluding that the action failed to state a claim upon which relief could be granted. Report and Recommendation [Docket No. 3] ("R&R"). Hudson timely objected [Docket No. 4].

On August 24, 2015, Hudson withdrew his objection and fee waiver application [Docket No. 5].

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation [Docket No. 3] is **ADOPTED**;

2. Stephen C. Hudson, Sr.'s Complaint [Docket No. 1] is **DISMISSED**; and

3. Stephen C. Hudson, Sr.'s Application to Proceed *In Forma Pauperis* [Docket No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: August 25, 2015.